```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
GEORGE GRECO, et al.,  :
 :
                        Plaintiffs,  :
 :      20-cv-9265 (LJL)
     -v-  :
 :      ORDER
CITY OF NEW YORK, et al.,  :
 :
                        Defendants.  :
 :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a scheduling conference regarding the motion for a preliminary injunction, Dkt. No. 33, on July 6, 2022 at 5:00 p.m. in Courtroom 15C at the 500 Pearl Street Courthouse.

      SO ORDERED.

Dated: June 30, 2022
       New York, New York
                                                             LEWIS J. LIMAN
                                                  United States District Judge