```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
GEORGE GRECO, et al.,                                                :
                                                                     :
                              Plaintiffs,                            :
                                                                     :        20-cv-9265 (LJL)
              -v-                                                    :
                                                                     :             ORDER
CITY OF NEW YORK, et al.,                                            :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

     As stated at the scheduling conference on July 6, 2022, defendants may file an opposition to the pending motion for a preliminary injunction by August 26, 2022. Plaintiffs may file a reply by September 16, 2022.

     SO ORDERED.

Dated: July 8, 2022
       New York, New York

                                                                  LEWIS J. LIMAN
                                                   United States District Judge