

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**AIMEE K. LULICH**
Senior Counsel
Phone: (212) 356-2369
Fax: (212) 356-1148
Email: alulich@law.nyc.gov

August 26, 2022

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:  George Greco, et. al. v. City of New York, et. al.,
             20-CV-9265 (LJL)

Your Honor:

    I am an Assistant Corporation Counsel assigned to represent defendants City of New York and Dermot Shea in the above-referenced matter. I write to respectfully inform the Court that the parties agree that this matter has been resolved, and are drafting a Stipulation to that effect. It is anticipated that the parties will be prepared to file a Stipulation of Discontinuance next week.

    I thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    /S
                                  Aimee K. Lulich
                                  Senior Counsel

cc:    David Jensen, Esq. (By ECF)